**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN F. ESCOBAR,**

        **Plaintiff,**

-vs-                                                              Case No. **6:05-cv-63-Orl-KRS**

**ORLANDO BREWING PARTNERS, INC.,**
**ROBERT M. BERNYS, AUDRA BERNYS,**

        **Defendants.**

_____

**AMENDED ORDER RESCHEDULING TRIAL DATE**

This cause came on for consideration by the Court *sua sponte*. Because I am the assigned duty judge during the week of June 6, 2006, when this case was originally scheduled for trial, it is necessary to reschedule the trial to another date. Accordingly, trial in this case will begin on **MONDAY, JUNE 12, 2006,** at **9:00 A.M.** in Courtroom #5, George C. Young United States Courthouse, 80 N. Hughey Avenue, Orlando, Florida 32801. The other dates established in the Case Management and Scheduling Order (doc. no. 25) remain in effect.

**DONE** and **ORDERED** in Orlando, Florida this 31st day of January, 2006.

                                                  *Karla R. Spaulding*
                                                  KARLA R. SPAULDING
                                                 UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties