**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN F. ESCOBAR,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:05-cv-63-Orl-KRS**

**ORLANDO BREWING PARTNERS, INC.,**
**ROBERT M. BERNYS, AUDRA BERNYS,**

        **Defendants.**

_____

**ORDER**

The parties informed the Court that mediation in this case was to have taken placed on November 17, 2005. Doc. No. 32. It is **ORDERED** that counsel for the plaintiff shall advise the Court in writing of the outcome of the mediation on or before February 10, 2006.

**DONE** and **ORDERED** in Orlando, Florida this 31st day of January, 2006.

                                                                *Karla R. Spaulding*
                                                              KARLA R. SPAULDING
                                                       UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties