# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN F. ESCOBAR,**

        **Plaintiff,**

**-vs-**                                                              **Case No. 6:05-cv-63-Orl-KRS**

**ORLANDO BREWING PARTNERS, INC.,**
**ROBERT M. BERNYS, AUDRA BERNYS,**

        **Defendants.**

_____

## ORDER TO SHOW CAUSE

This cause came on for consideration after review of the Plaintiff's Mediation Report. This report reflects that Defendant Robert M. Bernys did not appear at the mediation.

It is, therefore, **ORDERED** that, on or before February 17, 2006, Robert M. Bernys shall show cause in writing filed with the Court and served on counsel for the Plaintiff why he should not be sanctioned, including entering a default against him, for failure to appear at the mediation. Failure to respond to this order within the required time may result in an award of sanctions, including entering a default.

The Clerk of Court is directed to mail a copy of this Order to Robert M. Bernys.

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2006.

                                                                    *Karla R. Spaulding*
                                                              KARLA R. SPAULDING
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties