**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN F. ESCOBAR,**

         **Plaintiff,**

-vs-                                                     **Case No. 6:05-cv-63-Orl-KRS**

**ORLANDO BREWING PARTNERS, INC.,**
**ROBERT M. BERNYS, AUDRA BERNYS,**

         **Defendants.**

_____

## ORDER

This cause came on for consideration after oral argument on the notice of settlement and settlement agreement filed herein. Doc. Nos. 54, 55.

This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq.* In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages, or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id*. at 1353.

On May 5, 2006, I held a hearing to consider the fairness of the settlement. While the settlement did not result in payment of the full amount originally sought, counsel for the plaintiff presented information that was sufficient to support the compromise reached by the parties. The plaintiff agreed to the settlement amount. Accordingly, I conclude that the proposed settlement is a fair and reasonable resolution of a bona fide dispute under the FLSA.

It is, therefore, **ORDERED** that this cause is **DISMISSED** subject to the terms of the parties' settlement agreement.  The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties